USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RCC Ventures, LLC

                            Plaintiff,

v.

LATTICE BIOLOGICS, INC. and
LATTICE BIOLOGICS, LTD

                            Defendants.

**Civil Action No.:** 1:19-CV-5945 (AT)

**JUDGMENT AND ORDER**

This matter having been commenced on June 25, 2019 by filing of a Summons and Complaint, the Court finds as follows:

1. A copy of the summons and complaint was served on the Defendant Lattice Biologics, Inc. on July 7, 2019, by personal service on Katrina Harris, an Officer of Defendant, and proof of service was filed on July 7, 2019. (Dkt. 12).

2. Accordingly, Defendant Lattice Biologics, Inc. was required to answer or otherwise move by July 29, 2019 (Dkt. 12).

3. To date, Defendant Lattice Biologics, Inc. has failed to answer, appear, or otherwise move.

4. On October 3, 2019, Plaintiff filed a Request to the Clerk of the Court for a Certificate of Default against Defendant Lattice Biologics, Inc. (Dkt. 20).

5. The Clerk of this Court acknowledged and entered Defendant Lattice Biologics, Inc.'s default on October 3, 2019. (Dkt. 23).

6. Defendant Lattice Biologics, Inc., a corporation, is not a minor, is not incompetent, and is not a member of the military.

7. A copy of the summons and complaint was served on the Defendant Lattice Biologics, Ltd on July 24, 2019, by personal service on E.Erica, an Officer of Defendant, and proof of service was filed on October 3, 2019. (Dkt. 18).

8. Accordingly, Defendant Lattice Biologics, Ltd. was required to answer or otherwise move by August 14, 2019 (Dkt. 18).

9. To date, Defendant Lattice Biologics, Ltd. has failed to answer, appear, or otherwise move.

10. On October 3, 2019, Plaintiff filed a Request to the Clerk of the Court for a Certificate of Default against Defendant Lattice Biologics, Ltd. (Dkt. 19).

11. The Clerk of this Court acknowledged and entered Defendant Lattice Biologics, Ltd's default on October 3, 2019. (Dkt. 22).

12. Defendant Lattice Biologics, Ltd., a corporation, is not a minor, is not incompetent, and is not a member of the military.

**THEREFORE**, it is ORDERED, ADJUDGED, and DECREED: That the Court enter judgment against Defendant:

    i. For damages in the amount of $130,902.77;

    ii. Prejudgment interest at the rate of ten (10%) per annum from June 14, 2019 until the entry of judgment

    iii. Post judgment interest at the rate of nine (9%) per annum

    iv. For attorneys' fees in the amount of $6,590.00; and,

    v. For costs in an amount of $679.26.

Dated: New York, New York
November 13, 2019

**ENTER:**

_____
Hon. Analisa Torres
United States District Court